UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

TIMOTHY PRATT,

                    Petitioner,

-against-

FREDERICK MENEFEE,

                    Respondent.

---------------------------------------------------------------- X

05 CV 1598 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

By petition filed on September 5, 2004, the pro se petitioner, Timothy Pratt, seeks a writ of habeas corpus under 28 U.S.C. § 2255. Petitioner's conviction became final on approximately May 23, 1999. By order dated March 30, 2005, the court directed petitioner to show cause within sixty days by written affirmation why his habeas petition should not be dismissed as time-barred. The court explained that, in certain circumstances, the applicable one-year statute of limitations may be equitably tolled on the basis of counsel's ineffective assistance. The court also notified petitioner that if he failed to comply with the order within the allotted time period, his petition would be dismissed as time-barred. More than sixty days have passed, and petitioner has submitted nothing demonstrating that the statute of limitations should be equitably tolled. As a result, the court dismisses his petition as time-barred.

The Clerk of the Court is directed to enter judgment accordingly.

1

SO ORDERED.

                                        Allyne R. Ross
                                        United States District Judge

Dated: August 18, 2005
       Brooklyn, New York

SERVICE LIST:

>Pro Se Petitioner
>Timothy Pratt
>45804-053
>FCI-Otisville
>P.O. Box 1000
>Otisville, NY 10963
>
>Attorney for Respondent
>United States Attorneys Office
>Eastern District of New York
>One Pierrepont Plaza
>Brooklyn, New York 11201