FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 22 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

TIMOTHY PRATT,

        Petitioner,

JUDGMENT
05-CV-1598 (ARR)

-against-

FREDERICK MENEFEE,

        Respondent.
--------------------------------------------------------------X

    An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 19, 2005, dismissing the petition for a writ of habeas corpus as time-barred; and directing the Clerk of Court to enter judgment accordingly; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered dismissing the petition for a writ of habeas corpus as time-barred.

Dated: Brooklyn, New York
       August 19, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court